IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID R. KRAUSE,

     Plaintiff,

     v.

KAREN M. HANNAH *et al.*,

     Defendants.

ORDER

Case No. 26-cv-510-jdp

Plaintiff David R. Krause, a prisoner at Jackson Correctional Institution, has filed a new civil complaint under 42 U.S.C. § 1983, a motion for leave to proceed without pre-paying the filing fee, a motion to use release account funds to pay the entire filing fee, and an inmate trust fund account statement that shows deposits, withdrawals, and balances for the last six months. *See* dkts. 1-4. After considering the motions and supporting documentation, I find that plaintiff qualifies for indigent status. However, even when a prisoner qualifies for indigent status, the court must collect a portion of the filing fee under 28 U.S.C. § 1915(b)(1). Using information from plaintiff's account statement, I have calculated his initial partial payment to be $318.78. For this case to proceed, plaintiff must submit $318.78 on or before June 26, 2026.

In a separate motion, plaintiff asks this court to allow him to use funds in his release account to pay the entire filing fee, writing that "Wisconsin Circuit Courts have the authority and do order the entire filing fees in State Courts [to be paid with release account funds]." Dkt. 3 at 1. "The United States District Court," plaintiff continues, "has the same authority." *Id*. This motion must be denied. In fact, federal courts do not have authority to order prison officials to withdraw funds from a release account except when a prisoner lacks sufficient funds in a regular account to pay the initial partial assessment under § 1915(b)(1). *Carter v. Bennett*, 399 F.Supp.2d 936, 937 (W.D. Wis. 2005).

ORDER

IT IS ORDERED:

1.      Plaintiff David R. Krause is assessed an initial partial payment of the filing fee in the amount of $318.78.  On or before June 26, 2026, plaintiff must submit a check or money order payable to the clerk of court in the amount of $318.78 or advise the court in writing why he cannot make the payment.

2.      Plaintiff David R. Krause's motion to use release account funds to pay the entire filing fee, dkt. 3, is DENIED.

3.      If plaintiff fails to make the initial partial payment by June 26, 2026, or fails to advise the court why he is not able to make the payment, then I will assume that he wishes to withdraw this action voluntarily.  In that event, the case will be dismissed without prejudice.

4.      No further action will be taken in this case until the clerk's office receives the initial partial payment as directed above, and the court has screened the complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2).  Once the screening process is complete, the court will issue a separate order.

Entered this 5th day of June, 2026.

BY THE COURT:

_____/s/_____

ANDREW R. WISEMAN
United States Magistrate Judge

2